# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRENCE C. LECADRE, | |
| Plaintiff, | CIVIL ACTION NO. 1:15-CV-01332 |
| v. | (KANE, J.) |
| | (MEHALCHICK, M.J.) |
| CITY OF HARRISBURG, et al., | |
| Defendants | |

## ORDER

AND NOW, this 28th day of September, 2015, pursuant to the Court's statutorily mandated duty to screen a complaint brought *in forma pauperis*, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Plaintiff's complaint (Doc. 1), be **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint within **thirty (30) days** of the entry of this Order. Failure to file an amended complaint within this timeframe will result in a recommendation of dismissal of this action in its entirety.

**Dated:** September 28, 2015

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**